

U.S. Department of Justice

*United States Attorney*
*District of New Jersey*

---

Lakshmi Srinivasan Herman
Assistant United States Attorney

970 Broad Street, Suite 700
Newark, NJ 07102

(973) 645-2700
DIRECT DIAL (973) 645-3985
FAX (973) 645-3316

March 16, 2011

VIA HAND DELIVERY
Honorable Susan D. Wigenton
United States District Judge
Martin Luther King, Jr. Federal
  Building & Courthouse
Newark, New Jersey 07102

      Re:    United States v. Ryland Grizzle-Rodriguez, Crim. No. 09-679

Dear Judge Wigenton:

      As Your Honor may recall, Your Honor sentenced Mr. Ryland Grizzle-Rodriguez on August 19, 2010 to 96 months imprisonment for conspiring to distribute and possessing with intent to distribute 500 grams or more of cocaine, in violation of Title 21, United States Code, Section 846. He is currently appealing his sentence. In connection with the appeal, the United States is looking to obtain a copy of documents that Probation has obtained from Miami Dade County. The documents relate to Mr. Grizzle-Rodriguez's two convictions in Miami Dade County: 1) Theft (M98-49352) - sentenced on September 20, 1998; and 2) Petit Theft (B00-58527) - sentenced on December 26, 2000. It is my understanding that it would take several weeks to obtain these records from Miami Dade County directly. Since the United States needs to respond to the appeal shortly, the United States respectfully requests that Your Honor direct Probation to release a copy of the records to the undersigned Assistant United States Attorney.

      Thank you for your consideration.

      Respectfully submitted,

      Paul J. Fishman
      United States Attorney

      By: Lakshmi Srinivasan Herman
          Assistant U.S. Attorney

So Ordered
this 17th day of March 2011

Susan D. Wigenton, U.S.D.J.